Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Alexis Barahona | ) Chapter 13 <br> ) <br> ) Case No.: 6:11-bk-18202-MH <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **500397** in the sum of **$1,969.17** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    Alexis Barahona
    17438 Taft Ave.
    Riverside, CA 92508

Date: September 19, 2016    __/S/_____
                                       Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1118202 | Alexis Barahona | | XXX-XX-2321 | 1,969.17 | 0.00 | 1,969.17 |
| | ACCT: | Claim: 00000 | | | | |
| | | TOTALS | | 1,969.17 | 0.00 | 1,969.17 |

Alexis Barahona

BALANCE:                 [0.00 104/00000]
SSN: XXX-XX-2321    SSN:
ACCT:                                   CASE: 1118202
PRINCIPAL:     1,969.17    INTEREST:       0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
ORANGE CITY SQUARE
770 THE CITY DRIVE SOUTH, STE. 8500
ORANGE, CA 92868

SUNTRUST
800-786-8787

64-79 / 611

**0500397**
Sep 12, 2016
VOID 90 DAYS FROM DATE

*****$1,969.17

PAY    One Thousand Nine Hundred Sixty Nine And 17 / 100 Dollars

TO THE ORDER OF
US BANKRUPTCY COURT
FISCAL DEPTARTMENT
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0500397⑈ ⑆061100790⑆ 8800518444⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.